1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )
                                     )        CASE NO. CR90-613-R
12                   Plaintiff,       )
                                     )
13           vs.                      )
                                     )                 ORDER
14  LEONARD L. LIZALDE,              )
                                     )
15                   Defendant.       )
    _____)

16

17          Defendant has filed what he calls Motion Pursuant to 18 U.S.C. §35829c) and Equal Protection

18  Clause Component of Fifth Amend. Of U.S. Constitution.

19          However dressed it is in fact a motion pursuant to 28 U.S.C. §2255 that is l.  Out of order, 2.

20  Out of  time and 3.  Out of merit.

21          The motion is denied.

22  DATED: November 24, 2008.

23

24

25                                        _____
                                                  MANUEL L. REAL
26                                          UNITED STATES DISTRICT JUDGE

27

28